Matthew L. Walters (ISB #6599)
mlw@elamburke.com
Jaclyn T. Gans (ISB #9291)
jtg@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for Defendant Kevin Choate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRISTINA JAYNE LAFFERTY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN CHOATE, an individual,<br><br>OFF-SPEC SOLUTIONS, LLC, a Delaware Limited Liability Company,<br><br>CVF CAPITAL PARTNERS, INC., a Delaware corporation doing business in California, and<br><br>TONY POWE, an individual,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00082-REP<br><br>DEFENDANT KEVIN CHOATE'S MOTION TO DISMISS UNDER F.R.C.P. 12(b)(5) |

COMES NOW Defendant Kevin Choate, by and through his counsel of record, ELAM & BURKE P.A., pursuant to Federal Rule of Civil Procedure 12(b)(5), and respectfully moves this Court for an order dismissing Mr. Choate as a defendant in this action for insufficient service of process. This motion is accompanied by a Memorandum in Support and the Declaration of Kevin

DEFENDANT KEVIN CHOATE'S MOTION TO DISMISS UNDER F.R.C.P. 12(b)(5) – 1

Choate filed contemporaneously herewith. No oral argument is being requested.

DATED this 21st day of August, 2023.

                ELAM & BURKE, P.A.

                By: */s/ Jaclyn T. Gans*
                    Matthew L. Walters, Of the Firm
                    Jaclyn T. Gans, Of the Firm
                    Attorneys for Defendant Kevin Choate

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of August, 2023, I electronically filed the foregoing with the U.S. District Court. Notice will be emailed to the following individuals:

Ronald W. Brilliant        rb@brilliantlawoffice.com
*Attorneys for Plaintiff*


*/s/ Jaclyn T. Gans*
Jaclyn T. Gans