Matthew L. Walters (ISB #6599)
mlw@elamburke.com
Jaclyn T. Gans (ISB #9291)
jtg@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for Defendant Kevin Choate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRISTINA JAYNE LAFFERTY, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>KEVIN CHOATE, an individual,<br><br>OFF-SPEC SOLUTIONS, LLC, a Delaware Limited Liability Company,<br><br>CVF CAPITAL PARTNERS, INC., a Delaware corporation doing business in California, and<br><br>TONY POWE, an individual,<br><br>       Defendants. | Case No.  1:23-cv-00082-REP<br><br>DECLARATION OF KEVIN CHOATE IN SUPPORT OF DEFENDANT KEVIN CHOATE'S MOTION TO DISMISS UNDER F.R.C.P. 12(b)(5) |

I, KEVIN CHOATE, under penalty of perjury, hereby declare and state as follows:

1.      I am one of the defendants in the above-entitled matter and I make this declaration based upon my own personal knowledge.

2.      To the best of my knowledge, there was no attempt to serve me with a copy of the Complaint in the above-referenced action in any location—including at my home or at my place of employment—prior to or on June 30, 2023.

3.      During the week of July 3, 2023, I was in Arkansas on vacation.  When I returned home from vacation, I learned that at some point during the week of July 3, 2023, a process server attempted to serve me at my place of employment, but was correctly told I was not present.

4.      I was personally served with a copy of the Complaint on July 10, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on August 21, 2023.


                        _/s/ Kevin Choate_____
                        Kevin Choate

DECLARATION OF KEVIN CHOATE IN SUPPORT OF DEFENDANT KEVIN CHOATE'S MOTION TO DISMISS UNDER F.R.C.P. 12(b)(5) - 2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 21ˢᵗ day of August, 2023, I electronically filed the foregoing with the U.S. District Court.  Notice will be emailed to the following individuals:

Ronald W. Brilliant                    rb@brilliantlawoffice.com
*Attorneys for Plaintiff*

*/s/ Jaclyn T. Gans*
Jaclyn T. Gans

DECLARATION OF KEVIN CHOATE IN SUPPORT OF DEFENDANT KEVIN CHOATE'S MOTION TO DISMISS UNDER F.R.C.P. 12(b)(5) - 3